IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| REGINALD BOWERS, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 5:11:cv-530-IPJ-PWG |
| | ) |
| ATTORNEY GENERAL FOR THE | ) |
| STATE OF ALABAMA, | ) |
| | ) |
| Respondents. | ) |

## FINAL JUDGMENT

In accordance with the Memorandum of Opinion entered contemporaneously herewith and with Rule 58, *Federal Rules of Civil Procedure*, it is hereby ORDERED, ADJUDGED, and DECREED as follows: The petitioner's motion for a dismissal without prejudice or for a stay (Doc. 7) is DENIED; the petitioner's motion to withdraw, to dismiss, and, in the alternative, to subpoena circuit court records (Doc. 9) is DENIED; the petitioner's objections (Doc. 9) are OVERRULED; the State's Answer (Doc. 4), treated as a motion for summary disposition (Doc. 6), is GRANTED; and this action is DISMISSED WITH PREJUDICE.

As to the foregoing it is SO ORDERED this the 19th day of April 2011.

_____
INGE PRYTZ JOHNSON
U.S. DISTRICT JUDGE